AUSA: Patrick J. Gallagher

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MAURICE PATTERSON,

Defendant.

**26 MAG 1411**

**SEALED COMPLAINT**

Violation of 18 U.S.C. § 115(a)(1)(B)

COUNTY OF OFFENSE:
NEW YORK

SOUTHERN DISTRICT OF NEW YORK:

TIARA OKPYCH, being duly sworn, deposes and says that she is a Deputy United States Marshal with the United States Marshals Service (the "Marshals Service"), and charges as follows:

**COUNT ONE**
**(Threat Against Federal Judge)**

1.      On or about April 17, 2026, in the Southern District of New York and elsewhere, MAURICE PATTERSON, the defendant, unlawfully, willfully, and knowingly, did threaten to assault, kidnap, and murder a United States judge, with intent to impede, intimidate and interfere with such judge while engaged in the performance of official duties, and with intent to retaliate against such judge on account of official duties, to wit, on or about April 17, 2026, PATTERSON had a verbal conversation with an employee of the United States District Court for the Southern District of New York ("Employee-1") during which PATTERSON threatened to murder and otherwise harm a particular United States District Judge in the Southern District of New York ("Judge-1").

(Title 18, United States Code, Section 115(a)(1)(B).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2.      I am a Deputy United States Marshal with the Marshals Service and I have personally participated in the investigation of this matter. This affidavit is based upon my personal knowledge, my review of documents, and my conversations with law enforcement agents and other people. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions and statements of others are reported herein, they are reported in substance and in part, except where otherwise expressly indicated.

**PATTERSON's Prior Proceedings**

3.      Based on my conversations with law enforcement agents, my review of law enforcement records and publicly available information, and my involvement in this investigation, I have learned the following:

        a.        On or about November 11, 2010, MAURICE PATTERSON, the defendant, was charged, in the United States District Court for the Southern District of New York, with conspiracy to distribute crack cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A). On or about August 3, 2010, PATTERSON pleaded guilty, and on or about January 19, 2011, Judge-1 sentenced PATTERSON to 120 months' imprisonment and a five year term of supervised release. According to records from the Bureau of Prisons ("BOP"), PATTERSON was released from custody on or about March 15, 2019, whereupon he began his term of supervision.

        b.        On or about August 23, 2019, the United States Probation Office submitted to Judge-1 a violation report, alleging that PATTERSON had violated the terms of his supervised release.[1] On or about February 21, 2020, PATTERSON admitted that he violated the conditions of his supervised release by possessing marijuana, but contested other of the specifications. On or about February 21, 2020 and on or about March 3, 2020, an evidentiary hearing was held before Judge-1, and on March 27, 2020, Judge-1 issued an opinion and order finding that PATTERSON also violated his supervised release conditions by committing conduct underpinning two state crimes: (1) harassment in the second degree, in violation of New York State Penal Law ("NYPL") § 240.26; and (2) falsely reporting an incident in the third degree, in violation of NYPL § 240.50(4)(A). Specifically, Judge-1 found that PATTERSON committed harassment because PATTERSON bit his (PATTERSON's) daughter on the face and made verbal threats against PATTERSON's daughter' mother ("Mother-1"), including statements in which PATTERSON told Mother-1 that he would "lay [her] out" and that she was going to "taste grass." Judge-1 found that PATTERSON falsely reported an incident by knowingly filing a false report with the New York City Administration for Children's Services accusing Mother-1 and Daugher-1's grandmother ("Grandmother-1") of operating an illegal daycare center at their home. On or about May 15, 2020, Judge-1 revoked PATTERSON's then-operative term of supervised release and sentenced PATTERSON to four months' imprisonment. Judge-1 ordered PATTERSON to self-surrender on August 18, 2020 and imposed a new term of supervised release until that date.

        c.        On or about June 26, 2020, prior to PATTERSON beginning his term of incarceration, the United States Probation Office submitted to Judge-1 a new violation report alleging fourteen specifications, including that PATTERSON had violated the terms of his supervised release by committing fourteen state crimes.[2] On or about December 15, 2020, PATTERSON admitted six of the specifications. Specifically, he admitted that he violated the conditions of his supervised release because he committed third degree assault, in violation of NYPL § 120.00, second degree unlawful imprisonment, in violation of NYPL § 135.05, second degree assault, in violation of NYPL § 120.05, two counts of first degree criminal contempt, in violation of NYPL § 215.51, and first degree criminal contempt, in violation of NYPL § 215.51. According to the August 18, 2020 Violation Report, the third degree assault arose from an incident on or about June 21, 2020 in which PATTERSON repeatedly punched his ex-girlfriend in the face and threatened to leave her "bloody and shoot her if she left him and came back to the area." According to the August 18, 2020 Violation Report, the other five specifications arose from several

---

[1] The August 23, 2019 specifications were amended several times, and the operative specifications were ultimately issued on or about December 20, 2019.

[2] The June 26, 2020 specification were also amended several times. The operative specifications were ultimately issued on or about August 18, 2020 (the "August 18, 2020 Violation Report").

incidents in or about July 2020 in which he committed several acts of violence against his ex-girlfriend, including striking her in the face and biting her in the face. On or about December 15, 2020, Judge-1 revoked PATTERSON's supervised release and sentenced PATTERSON to twelve months' imprisonment, concurrent with the sentence PATTERSON received on or about May 15, 2020. According to BOP records, PATTERSON was released from BOP custody on or about July 16, 2021.

## PATTERSON Threatens Judge-1

4.    Based on my conversations with law enforcement agents, my review of law enforcement records, and my involvement in this investigation, I have learned the following:

a.    There are two United States Courthouses in New York, New York ("Courthouse-1" and "Courthouse-2"). Courthouse-1 is located approximately one block away from Courthouse-2. Judge-1's chambers and courtroom are located in Courthouse-2.

b.    MAURICE PATTERSON, the defendant, frequently spends time in and around Courthouse-1 and Courthouse-2 in the Southern District of New York. Based on publicly available information, I do not believe that PATTERSON has any active criminal or civil cases pending on the Southern District of New York's docket.

c.    On or about April 13, 2026, PATTERSON, the defendant, stood outside Courthouse-2 in the Southern District of New York holding in one hand a sign with a handwritten note that read, "The [Judge-1] Files," and holding in his other hand a broken piece of a wooden broom.

5.    On or about April 17, 2026, I spoke to Employee-1. From this conversation, I learned the following:

a.    On or about April 17, 2026, at approximately 11:18 a.m., Employee-1 was taking a break on the street between Courthouse-1 and Courthouse-2 ("Street-1"). MAURICE PATTERSON, the defendant, approached Employee-1 and began speaking about Judge-1.

b.    PATTERSON and Employee-1 spoke for approximately five minutes. During that conversation, PATTERSON accused Judge-1, among other things, of being a pedophile, a rapist, and a murderer, and engaging in prostitution. PATTERSON also told Employee-1 that Judge-1 had PATTERSON's sister testify in court. Based on my review of court records, I know that during the violation of supervised release hearing before Judge-1 held on or about February 21, 2020, *see supra* ¶ 3.b, Daughter-1, Mother-1, and Grandmother-1, in fact, testified.

c.    Employee-1 informed PATTERSON that Judge-1 is one of the judges for whom Employee-1 works.

d.    PATTERSON then said to Employee-1, in substance and in part, "[Judge-1] is going to be pushing daisies." Based on my training and experience, I know that "pushing up daisies" is a phrase meaning that someone is dead and buried. In context, including based on PATTERSON's prior statements regarding Judge-1, I believe PATTERSON's statement indicated a threat to kill Judge-1.

3

6.      Based on my conversations with law enforcement agents, my review of law enforcement records, and my involvement in this investigation, I have learned the following:

a.      On or about April 17, 2026, PATTERSON posted a video to a social media platform. The video includes clips from a movie scene that, based on my review of open source information, is about a revenge killing, which is then immediately followed in the apparently spliced together video compilation by a video of PATTERSON standing outside Courthouse-2 while screaming Judge-1's last name. On April 17, 2026 at approximately 1:05 p.m., the Marshals Service received a report that an individual believed to be PATTERSON was outside Courthouse-2 screaming Judge-1's name.

b.      On or about April 17, 2026, at approximately 1:30 p.m., MAURICE PATTERSON, the defendant, attempted to enter Courthouse-1. PATTERSON was denied entry by Court Security Officers because he was in possession of prohibited items, namely two lighters.

c.      On or about April 17, 2026, at approximately 2:20 p.m., MAURICE PATTERSON, the defendant, wrote in the condensation of the outside of a window of a New York State van parked on Street-1, a message that said, in substance and in part, "[Judge-1] Pedo," as shown below in Image-1.



**Image-1**

d.      On or about April 17, 2026, at approximately 2:35 p.m., Deputy United States Marshals with the Marshals Service detained PATTERSON. Federal Protective Services Police responded and issued PATTERSON a citation for disorderly conduct.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of MAURICE PATTERSON, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

/s/ Tiara Okpych, by Court with permission

TIARA OKPYCH
Deputy United States Marshal
United States Marshals Service

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), pursuant to Federal Rules
of Criminal Procedure 41(d)(3) and 4.1
this 20th day of April, 2026

THE HONORABLE HENRY J. RICARDO
United States Magistrate Judge
Southern District of New York