UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MAURICE PATTERSON,

Defendant.

**INDICTMENT**

26 Cr.

**26 CRIM    169**

**COUNT ONE**
**(Threat Against Federal Judge)**

The Grand Jury charges:

1.    On or about April 17, 2026, in the Southern District of New York and elsewhere, MAURICE PATTERSON, the defendant, knowingly threatened to assault and murder a United States judge, with intent to impede, intimidate, and interfere with such judge while engaged in the performance of official duties, and with intent to retaliate against such judge on account of the performance of official duties, to wit, PATTERSON had a verbal conversation with an employee of the United States District Court for the Southern District of New York during which PATTERSON threatened to murder and otherwise harm a particular United States District Judge in the Southern District of New York.

(Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).)

JAY CLAYTON
United States Attorney