UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,                     :
                                              :
                        v.                    :        **SCHEDULING ORDER**
                                              :        26-CR-169 (WFK) (JAM)
MAURICE PATTERSON,                            :
                                              :
                   Defendant.                 :
-----------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court SCHEDULES a status conference in the above-captioned action for

Wednesday, May 13, 2026, at 12:00 Noon.  The conference will proceed before the Honorable

William F. Kuntz, II, in Courtroom 6H North at the United States Courthouse, 225 Cadman

Plaza East, Brooklyn, New York, 11201.  In the interest of justice, time is excluded under the

Speedy Trial Act through and including that date.

**SO ORDERED.**

**s/WFK**
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: May 8, 2026
      Brooklyn, New York

1