UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :
                                             :
                    v.                       :      **SCHEDULING ORDER**
                                             :      26-CR-169 (WFK) (JAM)
MAURICE PATTERSON,                           :
                                             :
                    Defendant.               :
-------------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court SCHEDULES a status conference in the above-captioned action for Tuesday,

July 7, 2026, at 12:00 Noon.  The conference will proceed before the Honorable William F.

Kuntz, II, in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East,

Brooklyn, New York 11201.  In the interest of justice, time is excluded under the Speedy Trial

Act through and including that date.

**SO ORDERED.**

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: May 13, 2026
       Brooklyn, New York