SHER TREMONTE LLP

May 20, 2026

**BY ECF**

The Honorable William F. Kuntz II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v. Maurice Patterson*, **26-cr-169**

Dear Judge Kuntz,

After further research and consideration, Mr. Patterson has declined to pursue a motion for recusal for Your Honor's consideration. Without the time needed to litigate those issues, this is a relatively straightforward case that we expect can be tried within one or two trial days. Accordingly, since the Court already indicated it was available to have us appear on July 7, 2026, we ask that the Court schedule trial to begin that day—or, if necessary for jury summonses, the day before, July 6, 2026.

We recognize that this is an accelerated timeline but based on our review of discovery received thus far, this schedule provides both us and the government adequate time to prepare for trial. We also do not expect any of the issues that may be raised in pretrial motions or motion *in limine* to present any difficulty for the Court. Finally, because Mr. Patterson is detained, we are eager to move the schedule forward as expeditiously as possible, especially given how short we expect the trial will be.

Accordingly, we propose the following schedule:

- Pretrial motions due June 5, 2026
- Responses, if any, due June 12, 2026
- Motions in limine due June 15, 2026
- Responses, if any, due June 22, 2026
- Final pretrial conference June 26, 2026
- Trial beginning on July 7, 2026 (or July 6 if necessary for jury pool)

We have conferred with the government, which advises that it does not consent to this schedule and will file a letter stating its position.

The application is ____ granted.
SO ORDERED  ✓ denied

**s/WFK**

William F. Kuntz, II, U.S.D.J.
Dated: May 20, 2026
Brooklyn, New York

Sincerely,

*/s/ Noam Biale*
Noam Biale, Esq.

*Attorney for Maurice Patterson*

90 BROAD STREET | 23RD FLOOR | NEW YORK, NY 10004
WWW.SHERTREMONTE.COM | TEL. 212.202.2600 | FAX. 212.202.4156