UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :
                                             :
               v.                          :       **SCHEDULING ORDER**
                                             :       26-CR-169 (WFK) (JAM)
MAURICE PATTERSON,                           :
                                             :
            Defendant.                      :
-----------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of Defendant's letter motion regarding a trial schedule at ECF No. 20. The Court SCHEDULES a one-week jury trial to commence on Monday, October 19, 2026, at 9:30 A.M., before the Honorable William F. Kuntz, II, in Courtroom 23B at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. The Court further declares the above-captioned action a complex case pursuant to 18 U.S.C. § 3161(h). Time is excluded in the interest of justice through and including the commencement of trial.

The Court ORDERS the parties to adhere to the following schedule for pre-trial submissions:

- Any pre-trial motions shall be filed on ECF on or before Monday, August 3, 2026, at 5:00 P.M.;

- Responses to the pre-trial motions, if any, shall be filed on ECF on or before Monday, August 17, 2026, at 5:00 P.M.;

- Replies to the pre-trial motions, if any, shall be filed on ECF on or before Monday, August 24, 2026, at 5:00 P.M.;

- Motions *in limine* shall be filed on ECF on or before Monday, September 14, 2026, at 5:00 P.M.;

- Reponses to the motions *in limine*, if any, shall be filed on ECF on or before

Monday, September 21, 2026, at 5:00 P.M.;

- Replies to the motions *in limine*, if any, shall be filed on ECF on or before Monday, September 28, 2026, at 5:00 P.M.; and

- Proposed *voir dire* questions, lists of all potential witnesses, and proposed requests to charge shall be filed on ECF on or before Monday, October 5, 2026, at 5:00 P.M.

The parties' exhibits and filings must comply with the individual rules of the Honorable William F. Kuntz, II; the local rules of the United States District Court for the Southern District of New York; and the Federal Rules of Civil Procedure.

The Court also SCHEDULES a final pre-trial conference for Tuesday, October 13, 2026, at 2:00 P.M., before the Honorable William F. Kuntz, II, in Courtroom 23B at the Daniel Patrick Moynihan Courthouse in New York, New York.

SO ORDERED.

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: June 8, 2026
      Brooklyn, New York