UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA,

v.

MAURICE PATTERSON,

Defendant.

-------------------------------------------------------------X

**SCHEDULING ORDER**
26-CR-169 (WFK) (JAM)

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of defense counsel's letter motion requesting a change-of-plea hearing at ECF No. 25. The Court SCHEDULES a change-of-plea hearing as to MAURICE PATTERSON for Tuesday, August 25, 2026, at 2:00 P.M. The hearing will proceed before the Honorable William F. Kuntz, II, in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201.

The Court previously ordered the exclusion of time in the interest of justice pursuant to the Speedy Trial Act through and including October 19, 2026. *See* ECF No. 22.

**SO ORDERED.**

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: August 21, 2026
Brooklyn, New York