UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA, :

v. :

MAURICE PATTERSON, :

Defendant. :

---------------------------------------------------------------X

**ORDER**
26-CR-169 (WFK) (JAM)

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of the Government's letter motion at ECF No. 33. The Court DIRECTS Defendant to file his response to the motion on ECF on or before Friday, September 25, 2026, at 5:00 P.M. The Court further DIRECTS the Government to file its reply, if any, on ECF on or before Friday, October 9, 2026, at 5:00 P.M.

**SO ORDERED.**

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: September 8, 2026
Brooklyn, New York