UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | **ORDER** |
| | : | 26-CR-169 (WFK) (JAM) |
| MAURICE PATTERSON, | : | |
| Defendant. | : | |

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of the Government's letter motion requesting the Court order a psychiatric or psychological evaluation in contemplation of a hearing, pursuant to 18 U.S.C. § 4244(a)–(b), or, in the alternative, to order Defendant undergo a psychiatric or psychological evaluation pursuant to 18 U.S.C. § 3552(c) as part of the U.S. Probation Office's ("Probation") preparation of the presentence investigation report (the "PSR"). ECF No. 33.

For reasons discussed in a forthcoming Decision and Order, the Court RESERVES judgment on the Government's request for a hearing pursuant to 18 U.S.C. § 4244.

The Court GRANTS the Government's request for a psychiatric or psychological evaluation pursuant to 18 U.S.C. § 3552(c) and ORDERS Probation to conduct the evaluation and include its findings in the PSR.

**SO ORDERED.**

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: October 13, 2026
Brooklyn, New York