UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MAURICE PATTERSON,<br><br>Defendant. | : | **SCHEDULING ORDER**<br>26-CR-169 (WFK) (JAM) |

**WILLIAM F. KUNTZ, II, United States District Judge:**

On August 25, 2026, the Court held a change-of-plea hearing in the above-captioned action, during which Defendant pled guilty to the sole count of a superseding information pursuant to a written plea agreement. ECF No. 28. In light of Defendant's guilty plea, the Court ADJOURNS the final pretrial conference currently scheduled for Tuesday, October 13, 2026, at 2:00 P.M., and the trial scheduled to commence on Monday, October 19, 2026, at 9:30 A.M., *sine die*.

**SO ORDERED.**

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: October 13, 2026
Brooklyn, New York