UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 26 CR 169 (WFK) |
| - v. - | | |
| | : | ORDER |
| Maurice Patterson | : | |
| Defendant | : | |
| | : | |

**WILLIAM F. KUNTZ, II, United States District Judge:**

It is hereby ORDERED that Shoshanna Must, PhD, and/or her associates with Empire State Forensics, be allowed entrance into the MDC Brooklyn, Brooklyn, NY, in order to conduct a psychiatric/psychological evaluation of the above defendant; that they be permitted to enter with two laptops that will be used to administer the necessary tests; and that, under the supervision of Empire State Forensics and/or their associates, the above defendant be permitted to utilize the laptops to complete the necessary tests. The evaluation is authorized pursuant to 18 U.S.C. § 3553(c).

SO ORDERED,

Dated: October 23, 2026
Brooklyn, New York

**s/WFK**

Honorable William F. Kuntz, II
U.S. District Judge