**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

MAURICE PATTERSON,
Defendant.

26-cr-169 (WFK)

**ORDER**

**WHEREAS,** upon review of Defendant's unopposed request to amend the case caption, the Court hereby orders that the case caption for this action be amended to reflect Defendant's proper first name ("Mauricio Patterson"). The new case caption shall be as follows:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

MAURICIO PATTERSON,
Defendant.

26-cr-169 (WFK)

The Clerk of the Court is respectfully directed to amend the case caption in this case to reflect the above-listed caption. The Court also respectfully directs the Bureau of Prisons to amend the spelling of Defendant's first name to "Mauricio" in its system.

**SO ORDERED.**

Dated: Oct. 26, 2026
Brooklyn, New York

**s/WFK**

William F. Kuntz II
U.S.D.J.