UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA, :
:
v. :
:
MAURICIO PATTERSON, :
:
Defendant. :

-------------------------------------------------------------X

**<u>SCHEDULING ORDER</u>**
26-CR-169 (WFK) (JAM)

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of Defendant's motion for a bail hearing at ECF No. 45. The Court GRANTS Defendant's motion and SCHEDULES a bail hearing for Wednesday, December 9, 2026, at 3:00 P.M. The hearing will proceed before the Honorable William F. Kuntz, II, in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201.

**SO ORDERED.**

**s/WFK**
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: November 24, 2026
Brooklyn, New York